442 A.2d 692

GREATER JOHNSTOWN AREA VOCATIONAL–TECHNICAL SCHOOL

v.

GREATER JOHNSTOWN AREA VOCATIONAL–TECHNICAL EDUCATION ASSOCIATION, Appellant.

In re Gary GALLO and Sandra Pagano.

Supreme Court of Pennsylvania.

Argued March 1, 1982.

Decided April 2, 1982.

William K. Eckel, Johnstown, for appellant.

Marlin B. Stephens, Johnstown, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal is dismissed as having been improvidently granted.